IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENDA WONG, PARKER JERRELL, JOSE BOX, AMBER PALMER, Individually and on Behalf of all Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAGIC MONEY LLC, SCOREMORE HOLDINGS, LLC, LIVE NATION WORLDWIDE, INC., LIVE NATION ENTERTAINMENT, INC., CEREMONY OF ROSES, LLC, and COR MERCHANDISING, LLC,<br><br>*Defendants*. | CASE NO. 4:21-cv-04169 |

## PLAINTIFFS' MOTION TO CLARIFY JUDGMENT

Plaintiffs file this Motion to Clarify and Enforce the Final Judgment (Dkt. 86).

### A. INTRODUCTION

1. On December 1, 2023, the Court entered Judgment (Dkt. 86) approving the Settlement Agreement dated April 11, 2023 (Dkt. 72-2) and expressly retaining jurisdiction over the parties "for the administration, consummation, and enforcement of the terms of the settlement agreement." (Dkt. 86 ¶ 16).

2. Section 2.1(b)(3) of the Settlement Agreement provides that "any remaining monies of the First Data Fund shall be donated to a charitable fund to cover the festival victims' expenses." However, the Judgment (Dkt. 86) does not reference any charitable donation or designate any specific charitable recipient.

3. Plaintiffs, after conducting a diligent search, identified the Pink Bows Foundation as the only known charitable organization related to the Astroworld Festival incident. The Pink Bows Foundation was established by the family of Madison Dubiski, one of the victims of the 2021 tragedy, and its stated mission was to promote safety at large-scale events and support mental health initiatives. However, after many months of trying, Plaintiffs have been unable to establish contact with anyone affiliated with the Pink Bows Foundation and are uncertain whether it is still operational.

4. Because Plaintiffs have been unable to confirm whether the Pink Bows Foundation is still active or operational, they propose that the remaining funds be donated instead to the Houston Food Bank. The Houston Food Bank is a well-established nonprofit that serves vulnerable communities throughout the Houston area, including those impacted by large-scale emergencies. This proposed donation remains consistent with the purpose and intent of the Settlement Agreement.

5. Plaintiffs respectfully seek the Court's confirmation that this donation is consistent with the approved Settlement Agreement and Judgment.

## B. ARGUMENT

6. This Court has continuing jurisdiction over this matter pursuant to the express terms of its judgment, which reserves jurisdiction "for the administration, consummation, and enforcement of the terms of the Settlement Agreement." (Dkt. 86 ¶ 16).

7. Plaintiffs do not seek to amend, reopen, or vacate the Judgment. Instead, they seek clarification and enforcement of a previously approved term to ensure full and proper administration of the settlement.

## C. CONCLUSION

8. Plaintiffs request that the Court enter an order clarifying that the donation of remaining settlement funds from the First Data Fund to the Houston Food Bank is consistent with the Settlement Agreement and judgment.

Respectfully submitted,

THE POTTS LAW FIRM, LLP

By: */s/ Derek H. Potts*
Derek H. Potts
Texas Bar No. 24073727
SDTX Federal No. 2200735
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Email: dpotts@potts-law.com
Tel. (713) 963-8881
Fax (713) 583-5388

PLAINTIFFS' CLASS COUNSEL

**CERTIFICATE OF CERVICE**

I herby certify that a true and correct copy of this Motion, along with all attachments have been forwarded to all counsel of record on September 29, 2025 who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Derek H. Potts*
Derek H. Potts

3